JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.: **CV 25-1062-JFW(Ex)**                                  Date: November 26, 2025

Title: Nelson Bondad *-v-* Bureau Veritas Commodities, et al.

---

**PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                                     **None Present**
**Courtroom Deputy**                                   **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
                     None                                              None

**PROCEEDINGS (IN CHAMBERS):        ORDER OF DISMISSAL**

      In the Notice of Settlement filed on November 26, 2025, Docket No. 24, the parties
represent that they have settled this action.  As a result, the Court dismisses this action without
prejudice subject to either party reopening the action on or before January 12, 2026.  The Court
will retain jurisdiction for the sole purpose of enforcing the settlement until January 12, 2026.
Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.
All dates in this action, including the trial date are vacated.

      IT IS SO ORDERED.

Initials of Deputy Clerk __sr__